■ In the Matter of TINA P., a Person Alleged to be a Juvenile Delinquent. (Appeal No. 2.)—Order unanimously reversed on the law without costs and matter remitted to Erie County Family Court for further proceedings on the petition. Same memorandum as in *Matter of Tina P.* ([appeal No. 1], 135 AD2d 1105 [decided herewith]). (Appeal from order of Erie County Family Court, Sedita, J.—juvenile delinquency.) Present—Doerr, J. P., Boomer, Green, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NEFTALI MUNIZ, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's sole argument on appeal is that the court erred in failing to set forth on the record, pursuant to CPL 710.60 (6), its findings of fact, conclusions of law and reasons for its determination denying his request for a *Wade* hearing *(United States v Wade,* 388 US 218). The argument is without merit. In the affidavit supporting defendant's motion for such a hearing, defense counsel made the request contingent upon the existence of photographs of defendant taken during the drug transactions alleged in the indictment. The People's responding affidavit makes it clear that defendant was not so photographed. Accordingly, absent the existence of photographs, there was no request for a hearing and the court was not subject to the requirements of subdivision (6) of CPL 710.60. (Appeal from judgment of Erie County Court, La Mendola, J.—criminal sale of controlled substance, third degree.) Present—Dillon, P. J., Callahan, Pine, Lawton and Davis, JJ.